970

No. 75–6247. LLACA-ORBIZ v. HALBERT, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 75–1262. UNITED STATES ET AL. v. COUNTY OF FRESNO; and UNITED STATES ET AL. v. COUNTY OF TUOLUMNE. Appeal from Ct. App. Cal., 5th App. Dist. Probable jurisdiction noted.

No. 75–1198. NOLDE BROS., INC. v. LOCAL No. 358, BAKERY & CONFECTIONERY WORKERS UNION, AFL–CIO. C. A. 4th Cir. Certiorari granted.

No. 75–1267. BAYSIDE ENTERPRISES, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 1st Cir. Certiorari granted.

No. 75–407. BEATTIE v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied.

No. 75–873. AVRECH v. SECRETARY OF THE NAVY. C. A. D. C. Cir. Certiorari denied.

No. 75–941. DIAZ-MARTINEZ v. UNITED STATES; and No. 75–6223. BERMUDEZ v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1001. HODAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.